**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**GARRIN DAVID SMITH, #11304-171
A/K/A GARRETT DON SMITH**                                   **PETITIONER**

**VS.**                                   **CIVIL ACTION NO. 5:09-cv-24-DCB-MTP**

**BRUCE PEARSON, Warden**                                   **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the

Memorandum Opinion issued this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be

dismissed with prejudice as to the jurisdictional issue only, and without prejudice in all other

respects.

SO ORDERED AND ADJUDGED, this the   4th   day of   August         , 2009.


_____s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE